UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE PEYTON LINDER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendant. | No. 2:17-cv-0943 EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 1, 2018, the court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 11. Plaintiff subsequently requested the appointment of counsel, which the court denied, and also filed a statement regarding his medical condition. ECF Nos. 14, 15, 16. The time for acting has passed, and plaintiff has not filed an amended complaint. In an abundance of caution, the court will grant plaintiff a final opportunity to amend his complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days to file an amended complaint. The court notes, however, that filing an amended complaint should not require extensive research. An amended complaint should not include legal citations and need not contain unnecessarily detailed factual allegations. Absent good cause, the court is not inclined to

/////

1

further extend this deadline. Failure to comply with this order will result in a recommendation of dismissal.

Dated: April 17, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE